PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Freddy Danilo Naranjo  Cr.: 23-00649-001
PACTS #: 7422453

Name of Sentencing Judicial Officer:   THE HONORABLE JAMES A. TEILBORG
   SENIOR UNITED STATES DISTRICT JUDGE
   (Jurisdiction transferred to the Hon. Robert Kirsch on 08/15/2023)

Date of Original Sentence: 05/18/2022

Original Offense:   Count One: False Claims and Statements, 18 U.S.C. § 287

Original Sentence: 10 months imprisonment, 3 years' supervised release

Special Conditions: Restitution - $494,555, Search/Seizure, Financial Disclosure, No New Debt/Credit, Alcohol Restrictions, Employment Requirements/Restrictions

Type of Supervision: Supervised Release   Date Supervision Commenced: 03/14/2023

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Ecuador for the one-year memorial service for his father from December 28, 2025, to January 23, 2026. He will be traveling alone and will stay with Martha Solis at Luis Amstrong St and Galileo-Ambato.

U.S. Probation Officer Action:

Our office recommends the travel request be approved. Mr. Naranjo reports as instructed, submits monthly supervision reports, and urinalysis submitted have yielded negative results. Freddy Danilo Naranjo has maintained a stable residence and is employed with Danilo's Construction Services in New Jersey. He has been paying $225.00 per month towards his restitution obligation.  As such, he is in full compliance with the conditions of supervised release.

   Respectfully submitted,

   JOSEPH A. DAGROSSA, Chief
   U.S. Probation Officer

   By:   BERNALISE I. OGANDO
    U.S. Probation Technician

/ bio

Prob 12A – page 2
Freddy Danilo Naranjo

APPROVED:

_Patrick Hattersley_ (signature)                    12/23/25
PATRICK HATTERSLEY                                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Travel Approved

[ ] Travel Denied

[ ] Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

[ ] Other

_(signature)_
Signature of Judicial Officer
Robert Kirsch, U.S.D.J.

December 23, 2025
Date